

# NUMBER 13-18-00210-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                                          Appellant,

v.

REYNALDO MARTINEZ JR.,                                                    Appellee.

### On appeal from the County Court at Law No. 2
### of Victoria County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Hinojosa, and Perkes
### Memorandum Opinion by Justice Benavides

Appellant, The State of Texas, by and through its attorney, has filed a motion to dismiss appeal because it no longer desires to prosecute it.   See TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss and pursuant to Texas Rules of Appellate Procedure 42.2(a), dismiss the appeal.   Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our

mandate will issue forthwith.

GINA M. BENAVIDES,
Justice

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed the
26th day of August, 2019.